

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Mark George Enriquez,

* From the 39th District Court
of Throckmorton County,
Trial Court No. 1356.

Vs. No. 11-23-00133-CR

* June 26, 2025

The State of Texas,

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.